UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEEPAK DESHPANDE,**

**Petitioner,**

v.                                      **Case No.  6:21-cv-671-CEM-LHP**
**(6:18-cr-131-CEM-LHP)**

**UNITED STATES OF AMERICA,**

**Respondent.**
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner Deepak Deshpande's Motion to Supplement the Record on Appeal ("Motion to Supplement," Doc. 66) and Motion to Notify Court of Missing Document ("Motion to Notify," Doc. 67). Petitioner requests the Court to supplement the record on appeal with the minutes from the March 11, 2019 Status Conference (Doc. 78) in Criminal Case 6:18-cr-131-CEM-LHP. (Doc. 66).  Petitioner also notifies the Court that his "Application to Convene Three-Judge District Court" is missing from his August 15, 2023 Motion to Disqualify and Recuse (Doc. 51). (Doc. 67).

The Court notes that the March 11, 2019 Status Conference Minutes do not refute any findings made by the Court in denying Petitioner's 28 U.S.C. § 2255

Motion, nor do they establish that the Court failed to rule on any claim raised by Petitioner. *See* Criminal Case No. 6:18-cr-131-CEM-LHP, Doc. 78. At the March 11, 2019 Status Conference after the plea hearing, the prosecutor acknowledged that Petitioner had told the Government that he wanted to cooperate with the special counsel's investigation. *See* Criminal Case No. 6:18-cr-131-CEM-LHP, Doc. 105 at 5. This, however, does not refute Petitioner's representations at the plea hearing or the plea agreement. Consequently, the Court concludes that the March 11, 2019 Status Conference Minutes are not material to the appeal and will deny the Motion to Supplement without prejudice. However, because the Minutes are part of the record in Petitioner's criminal case, the Eleventh Circuit may request the Minutes and transcript of the status conference (Criminal Case, Doc. Nos. 78, 105) from the Clerk of Court if it concludes they are necessary for the appeal.

Next, Petitioner seeks to notify the Court that his "Application to Convene Three-Judge District Court" is missing from the record. (Doc. 67). Contrary to Petitioner's representation, the Application to Convene Three-Judge District Court was attached to his August 15, 2023 Motion to Recuse and Disqualify. *See* Doc. 51-1 at 16-21. Thus, to the extent Petitioner requests any relief, his Motion to Notify will be denied.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's Motion to Supplement the Record on Appeal (Doc. 66) is

**DENIED WITHOUT PREJUDICE**.

2. Petitioner's Motion to Notify Court of Missing Document (Doc. 67) is

**DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 28, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
Eleventh Circuit Court of Appeals